Dulce MINOR, Plaintiff-Appellant,

v.

NATIONSTAR MORTGAGE, LLC; U. S. Bank National Association, Defendants-Appellees.

No. 17-1823

United States Court of Appeals, Fourth Circuit.

Submitted: October 17, 2017

Decided: October 19, 2017

Dulce Minor, Appellant Pro Se. Massie Payne Cooper, TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellee.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dulce Minor appeals the district court's order dismissing her complaint as barred by res judicata and denying leave to amend as futile. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Minor v. Nationstar Mortgage, LLC*, No. 3:17-cv-00258-JAG, 2017 WL 2829620 (E.D. Va. June 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*